52 So.2d 237

Alfred RUSSELL v. STATE.

7 Div. 103.

Supreme Court of Alabama.
March 15, 1951.

Rehearing Denied May 10, 1951.

Merrill, Merrill & Vardaman, of Anniston, for petitioner.

Si Garrett, Atty. Gen., opposed.

STAKELY, Justice.

Petition of Alfred Russell for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Russell v. State, 52 So.2d 230.

Writ denied.

LIVINGSTON, C. J., and FOSTER and LAWSON, JJ., concur.